AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JANE DOE and JOHN DOE, through their
Guardian ad Litem FERNANDO
AGUIRRE-GUERRA,

   Plaintiff,    JUDGMENT IN A CIVIL CASE
 V.

           CASE NUMBER: **3:08-cv-00457-LRH-VPC**

ERIC HOLDER, Attorney General, in his
official capacity,

   Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that per Order (#14), Defendant's Motion to Dismiss for Lack of Jurisdiction (#10) is GRANTED. This case is DISMISSED without prejudice.

 July 28, 2009          **LANCE S. WILSON**
                  Clerk

                  /s/ P. McDonald
                 Deputy Clerk